UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALIY KAGANOVICH, ) | Case No. 07cv2403-JAH (AJB) |
| Petitioner, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | BY MAIL |
| ) | |
| MICHAEL CHERTOFF, Secretary of ) | |
| the Department of Homeland Security, ) | |
| MICHAEL MUKASEY, Attorney ) | |
| General, ROBIN F. BAKER, Director of ) | |
| San Diego Field Office, U.S. ) | |
| Immigration and Customs Enforcement, ) | |
| JOHN A. GARZON, Officer-in-Charge, ) | |
| Respondents. ) | |
| _____ ) | |
| STATE OF CALIFORNIA ) | |
| COUNTY OF SAN DIEGO ) ss. | |
| ) | |

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action; and

On December 31, 2007, I am causing service by mail of the following:

**NOTICE OF "APPEARANCE"**

to Petitioner *in propria persona*,

**Vitaliy Kaganovich**
**A71-243-964**
**San Diego Detention Center (CCA)**
**PO Box 439049**
**San Ysidro, CA 92143-9049**

his address of record in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of December, 2007.

                                                  s/ *Samuel W. Bettwy*
                                                SAMUEL W. BETTWY