**JANET C. TUNG**
California State Bar No. 231682
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: janet_tung@fd.org

Attorneys for Mr. Kaganovich

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| **VITALIY KAGANOVICH,** [A23-743-547}] )<br>)<br>)<br>**Petitioner,** )<br>)<br>**v.** )<br>)<br>**MICHAEL CHERTOFF, et al.,** )<br>)<br>Respondents. )<br>) | CASE NO. 07CV2403-JAH<br><br><br>**NOTICE OF APPEARANCE** |

     Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Janet C. Tung, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                Respectfully submitted,

Dated: January 17, 2008      */s/ JANET C. TUNG*
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Defendant
                                      Janet_Tung@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 17, 2008           /s/ JANET C. TUNG
                                  Federal Defenders of San Diego, Inc.
                                  225 Broadway, Suite 900
                                  San Diego, CA  92101-5030
                                  (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
                                  Janet_Tung@fd.org (email)