UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALIY KAGANOVICH, | Case No. 07cv2403-JAH (AJB) |
| Petitioner, | |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, MICHAEL MUKASEY, Attorney General, ROBIN F. BAKER, Director of San Diego Field Office, U.S. Immigration and Customs Enforcement, JOHN A. GARZON, Officer-in-Charge, | CERTIFICATE OF SERVICE BY ELECTRONIC COURT FILING ("ECF") |
| Respondents. | |
| STATE OF CALIFORNIA ) COUNTY OF SAN DIEGO ) ss. | |

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **February 19, 2008,** I am causing service of the following (accompanying) document:

**RETURN IN OPPOSITION
TO PETITION FOR WRIT OF HABEAS CORPUS**

on Petitioner, through his attorney of record, **Janet Tung**, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System results in electronic notification to said attorney of said filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this Day of **February 19, 2008**.

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY