```
KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 94918
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119
Facsimile:  (619) 557-5004
```

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALIY KAGANOVICH, | Case No. 07cv2403-JAH (AJB) |
| Petitioner, | |
| v. | LODGEMENT OF ADDITIONAL EVIDENCE |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | |
| Respondents. | |

Respondents hereby lodge the attached March 5, 2008 letter in which the Ukrainian Embassy confirms that Petitioner Kaganovich is a Ukrainian citizen and directs DHS to contact the Ukrainian consulate in San Francisco to obtain a travel document.

DATED: March 5, 2008

                                      Respectfully submitted,

                                      KAREN P. HEWITT
                                      United States Attorney

                                      s/ *Samuel W. Bettwy*

                                      SAMUEL W. BETTWY
                                      Assistant United States Attorney

                                      Attorneys for Respondents

| Посольство України | | Embassy of Ukraine |
|---|---|---|
| у Сполучених Штатах Америки |  | to the United States of America |
| Консульський відділ | | Consular Office |

3350 M Street N.W. Washington D.C. 20007
tel. 202 349-2947 / fax 202 333-7510
e-mail: consular@ukremb.com
www.mfa.gov.ua/usa

March 5, 2008
№6147/24-534/1-589

To:
Officer Yuriy B. Mikhaylov
Travel Document Unit
Headquarters, Detention and Removal
U.S. Immigration and Customs Enforcement
United States Department of Homeland Security
801 "I" STREET, NW - Suite 800
WASHINGTON, DC 20536

*Re: travel document for Mr. Vitaliy Kaganovich (A#071243964)*

**Dear Mr. Mikhaylov,**

With regard to your recent request I would like to inform that Ukrainian authorities have **confirmed** Ukrainian citizenship of Mr. Vitaliy Kaganovich.

According to their letters #4/579 of December 17, 2007 and #4/1154 of February 29, 2008 Mr. Kaganovich resided in Ukraine since November 30, 1990 till February 18, 1994, and acquired citizenship of Ukraine according to paragraph 1 of Article 2 of the Law of Ukraine "On Citizenship of Ukraine" adopted on October 8, 1991.

With questions and requests regarding Ukrainian travel document Mr. Kaganovich is advised to contact the Consulate General of Ukraine in San-Francisco.

Sincerely,

Roman Andarak

*CC: Consulate General of Ukraine in San-Francisco (via fax)*