1 **JANET TUNG**
California State Bar No.231682
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Janet_Tung@fd.org

5 Attorneys for Petitioner VITALIY KAGANOVICH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| VITALIY KAGANOVICH, | ) | CASE NO. 07-CV-02403-JAH (AJB) |
| Petitioner, | ) | **PETITIONER'S NOTICE OF** |
| v. | ) | **VOLUNTARY DISMISSAL OF** |
| | ) | **ACTION** |
| MICHAEL CHERTOFF, et al., | ) | **[Fed. R. Civ. P. 41(a)(1)]** |
| Respondents. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), petitioner Vitaliy Kaganovich, by and through counsel, Janet Tung and Federal Defenders of San Diego, Inc., gives notice that he hereby dismisses the above-captioned action without prejudice. Petitioner was removed sometime in or about March 2008. His petition for a writ of habeas corpus is now moot.

Respectfully submitted,

DATED: May 9, 2008         */s/ Janet Tung*
                           **JANET TUNG**
                           Federal Defenders of San Diego, Inc.
                           Attorneys for Petitioner VITALIY KAGANOVICH
                           janet_tung@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy Chambers

Copy Assistant U.S. Attorney via ECF NEF

Copy Defendant

Dated: May 9, 2008        /s/ JANET C. TUNG
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Janet_Tung@fd.org (email)