UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALIY KAGANOVICH,<br><br>    Petitioner,<br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et. al.,<br><br>    Respondents. | Civil No. 07cv2403 JAH (AJB)<br><br>**ORDER GRANTING PETITIONER'S VOLUNTARY MOTION TO DISMISS**<br>[Doc. No. 9] |

On May 9, 2008, Petitioner filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) seeking to dismiss the action as moot, because Petitioner was removed sometime in March 2008. Because Respondent filed a response to the Petition, the Court shall treat the notice as a motion for voluntary dismissal pursuant to Rule 41(a)(2). See Fed.R.Civ.P. 41(a)(1).

Having received no opposition and good cause appearing, IT IS HEREBY ORDERED Petitioner's notice construed as a motion for voluntary dismissal is **GRANTED.**

DATED: May 14, 2008

_____
JOHN A. HOUSTON
United States District Judge

07cv2403